RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
CHRISTOPHER P. FREY
Assistant Federal Public Defender
Nevada State Bar No. 10589
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
chris_frey@fd.org

Attorney for AARON SPENCER WILLIAMS

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

AARON SPENCER WILLIAMS,

      Defendant.

Case No. 3:23-cr-00001-MMD-CLB

**ORDER GRANTING
RESTITUTION STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and CHRISTOPHER P. FREY, Assistant Federal Public Defender, counsel for AARON SPENCER WILLIAMS and JASON M. FRIERSON, United States Attorney, and RANDOLPH J. ST. CLAIR, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the restitution hearing dated for June 10, 2024 be vacated. Both parties have received all restitution information and have reached an agreement. Defendant accepts $18,000.00 as the final total amount of restitution due in this case to be incorporated into his final Judgment.

DATED this 31st day of May, 2024.

RENE L. VALLADARES                          JASON M. FRIERSON
Federal Public Defender                      United States Attorney

By /s/ Christopher P. Frey                    By  /s Randolph J. St. Clair
   CHRISTOPHER P. FREY                          RANDOLPH J. ST. CLAIR
   Assistant Federal Public Defender           Assistant United States Attorney
   Counsel for AARON WILLIAMS                   Counsel for the Government

2

## **ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the restitution hearing on June 10, 2024 be vacated and the final total restitution amount of $18,000.00 be incorporated into the final Judgment for Mr. Aaron Spencer Williams.

DATED this __3rd__ day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE

3